UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON DALE OLSON,

      Plaintiff,

                                          CASE No. 1:26-CV-371

v.

                                          HON. ROBERT J. JONKER

CITY OF MUSKEGON HEIGHTS, et al.,

      Defendants.

_____/

## **JUDGMENT**

In accordance with the Order Approving and Adopting Report and Recommendation entered this day, and with the earlier Orders of the Court, Judgment enters in favor of Defendants and against Plaintiff Brandon Olson.


Dated:    June 23, 2026            /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE

1